JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLUTAYO AYENI, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECTRUM PHARMACEUTICALS, INC., RAJESH C. SHROTRIYA, KURT A. GUSTAFSON, JOSEPH TURGEON, and LEE ALLEN,<br><br>    Defendants. | Case No: 2:16-cv-07074<br><br>[ORDER GRANTING STIPULATION TO TRANSFER THE ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA<br><br>Judge Dale S. Fischer |

Having read and considered the parties' Stipulation to Transfer the Action to the United States District Court for the District of Nevada, and good cause appearing:

**IT IS HEREBY ORDERED** that the action shall be, and hereby is, transferred to the United States District Court for the District of Nevada.

Dated 11/15/16     SO ORDERED:

*/s/ Dale S. Fischer*

Hon. Dale S. Fischer
U.S. District Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER THE ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA